IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON
#41580                                                                                    PLAINTIFF

v.                              No. 3:25-cv-171-DPM

RON RICHARDSON,
Captain of C.I.D., and
CHARLESS GARR, C.I.D.,
Craighead County Sheriff's Office                                      DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Barron hasn't paid the $405 filing and administrative fees, and the time to do so has passed. *Doc. 3*. Her complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2025