IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON
#41580                                                                      PLAINTIFF

v.                          No. 3:25-cv-171-DPM

RON RICHARDSON,
Captain of C.I.D., and
CHARLESS GARR, C.I.D.,
Craighead County Sheriff's Office                                    DEFENDANTS

## JUDGMENT

Barron's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2025